**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6344**

LENT CHRISTOPHER CARR, II,

Plaintiff - Appellant,

versus

PITT GREENVILLE ADULT PROBATION OFFICE OF
NORTH CAROLINA; LISA FORNES; MIKE WILLIAMS,
ELVY FORREST,

Defendants - Appellees,

and

CITY OF GREENVILLE; PITT COUNTY; PITT COUNTY
SHERIFF DEPARTMENT; NANCY JENKINS, Mayor;
BILLY VANDIFORD, Former Sheriff; JOHN DOE, I;
JOHN DOE, II; JOHN DOE, III; JOHN DOE, IV,
Deputy; JOHN DOE, V; JOHN DOE, VI; JOHN DOE,
VII; BILL SIRGINSON, in their individual and
official capacities,

Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard,
District Judge. (CA-01-338-5-H)

Submitted: April 18, 2002        Decided: April 30, 2002

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lent Christopher Carr, II, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lent Christopher Carr, II, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Carr v. City of Greenville, No. CA-01-338-5-H (E.D.N.C. Jan. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED